# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 17-8073-PLA                                                                  Date  **February 16, 2018**

Title: **James Stewart, et al. v. City of Los Angeles, et al.**

---

PRESENT: THE HONORABLE     **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANTS:**
NONE

**PROCEEDINGS:**      **(IN CHAMBERS)**

Plaintiffs' Complaint was filed on November 3, 2017. Pursuant to the Notice to Counsel, issued on November 6, 2017, service of process must be accomplished in accordance with Rule 4 of the Federal Rules of Civil Procedure or in any manner provided by State Law, when applicable. Service should be promptly made; unreasonable delay may result in dismissal of the action under Local Rule 41 and Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service or a waiver of service of summons and complaint must be filed with the Court. To date, a proof of service has not been filed with the Court. Accordingly, **no later than February 23, 2018, plaintiffs are ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the proof of service on or before February 23, 2018, shall be deemed compliance with this Order to Show Cause.

**IT IS SO ORDERED**.

cc:     Counsel of Record

Initials of Deputy Clerk____ch____